JS-6/ENTER

FILED
MAR 26 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ESROM MADRID,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATES, DIRECTOR,<br><br>    Respondent. | Case No. CV 12-0129-JSL (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: March 26, 2013

/s/ Spencer Letts
_____
J. Spencer Letts
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY